# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



**TERESA L. DEPPNER**
**CLERK OF COURT**

| BLUEFIELD | CHARLESTON | HUNTINGTON | BECKLEY | PARKERSBURG |
|---|---|---|---|---|
| Room 2303<br>601 Federal Street<br>Bluefield, WV 24701 | Suite 2400<br>300 Virginia Street, East<br>Charleston, WV 25301 | Room 101<br>845 Fifth Avenue<br>Huntington, WV 25701 | Room 119<br>110 North Heber Street<br>Beckley, WV 25801 | Room 5102<br>425 Juliana Street<br>Parkersburg, WV 26101 |
| P. O. Box 4128<br>Bluefield, WV 24701 | P. O. Box 2546<br>Charleston, WV 25329 | P. O. Box 1570<br>Huntington, WV 25716 | P. O. Drawer 5009<br>Beckley, WV 25801 | Please use street address above. |
| 304/327-9798 | 304/347-3000 | 304/529-5588 | 304/253-7481 | 304/420-6490 |

www.wvsd.uscourts.gov　　　　　　　　　　　　　　　　　　　**Reply to: Beckley**

December 27, 2010

Elisha Riggleman
Reg. No. 07411-088
FCI Beckley
P. O. Box 350
Beaver, WV 25813

　　　　Re:　Elisha Riggleman v. J. Zeigler, Warden
　　　　　　　Civil Action No. 5:10-1411

Dear Mr. Riggleman:

　　We received your document, dated December 5, 2010, styled "Freedom of information act, FOIA Act of 1966. Pursuant to instructions received from Judge Irene C. Berger's office, we have filed this document as a new case. Your case has been assigned Civil Action Number 5:10-1411.

　　Because your civil action is not filed on the proper form, I am enclosing the following forms and request that you **complete them, sign them and return them to this office within 30 days from the date of this letter**. The case number has been inserted for you.

　　Accordingly, I am enclosing the following:

(1)　One Instruction Sheet for Filing a Civil Action for Violation of
　　　Civil Rights (<u>Bivens</u> Action);
(2)　One <u>Bivens</u> Complaint form;
(3)　One Application to Proceed Without Prepayment of Fees and Costs;

Elisha Riggleman                                                                                          Page 2

    (4)    One Consent to Collection of Fees from Trust Account;
    (5)    One Prisoner Trust Account Report.

I have also enclosed a copy of the docket sheet for your use.

                              Yours very truly,

                              Teresa L. Deppner
                              Clerk of Courts

Enclosures